Shellie Lott, SBN: 246202
LOTT LAW OFFICES, A Professional Law Corporation
5250 Claremont Avenue, Suite 241
Stockton, California 95207
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| JOSEPH F. NOTARO,<br><br>             Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>             Defendant | Case No.: 1:22-cv-00745-SKO<br><br>**ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT/REMAND**<br><br>(Doc. 10) |

Pursuant to the stipulation of the parties for a requested first extension of Plaintiff's time to file a Motion for Summary Judgment/Remand (erroneously docketed as a motion) (Doc. 10), the request is hereby APPROVED.

Plaintiff shall file his Motion for Summary Judgment/Remand on or before December 5, 2022 (given that December 3, 2022, falls on a weekend) with Defendant's response due January 19, 2023. All other deadlines in the Scheduling Order (Doc. 3) are hereby extended accordingly.

IT IS SO ORDERED.

Dated: **November 4, 2022**     /s/ *Sheila K. Oberto*              

UNITED STATES MAGISTRATE JUDGE