PHILLIP A. TALBERT
United States Attorney
PETER THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration
SHARON LAHEY (CBSN 263027)
Special Assistant United States Attorney
   160 Spear Street, Suite 800
   San Francisco, California 94105
   Telephone: (510) 970-4827
   Facsimile (415) 744-0134
   E-Mail: sharon.lahey@ssa.com

Attorneys for DEFENDANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JOSEPH F. NOTARO, | CIVIL NO. 1:22-cv-00745-SKO |
| Plaintiff, | STIPULATION AND ORDER FOR DEFENDANT'S FIRST EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| KILOLO KIJAKAZI, Acting Commissioner Of Social Security, | (Doc. 13) |
| Defendant. | |

    IT IS HEREBY STIPULATED, by and between Joseph F. Notrao ("Plaintiff") and Kilolo Kijakazi, Acting Commissioner of Social Security ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, that Defendant shall have an extension of time of 30 days to respond to Plaintiff's motion for summary judgment and/or to file any cross-motion. The current deadline is January 19, 2023, and the new deadline will be February 17, 2023. Any reply will be due on or before March 3, 2023. This is the second extension of time requested in the above-captioned matter of time requested in the above-captioned matter, and it is the first extension of time requested as to Defendant's response to Plaintiff's motion for summary judgment. Defendant requests this additional

STIPULATION & ORDER                            CASE NUMBER 1:22-CV-00745-SKO (SS)

time because this case is in the process of being transferred interoffice to another attorney who will be responsible for responding to Plaintiff's motion for summary judgment and requires additional time due to an especially busy caseload, which includes six dispositive motions and one oral argument in the remainder of January of 2023.  The Parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Date:  January 17, 2023                    LOTT LAW OFFICES

                                              By:  /s/ *Shellie Lott**
                                              SHELLIE LOTT
                                              Attorneys for the Plaintiff
                                              (*Authorized by email on January 17, 2023)

Date:  January 17, 2023                    PHILLIP A. TALBERT
                                              United States Attorney

                                              By:  /s/ *Sharon Lahey*
                                              SHARON LAHEY
                                              Special Assistant United States Attorney

## ORDER

Pursuant to foregoing stipulation (Doc. 13), good cause appearing (*see* Fed. R. Civ. P. 16(b)(4), IT IS HEREBY ORDERED that Defendant shall respond to Plaintiff's motion for summary judgment and/or to file any cross-motion on or before February 17, 2023.  Any reply shall be due on or before March 3, 2023.

IT IS SO ORDERED.

Dated:   **January 18, 2023**                    /s/ *Sheila K. Oberto*
                                                              UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION & ORDER                              CASE NUMBER 1:22-CV-00745-SKO (SS)