PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
GERALYN GULSETH, CSBN 160872
Special Assistant United States Attorney
    Social Security Administration
    6401 Security Blvd.
    Baltimore, Maryland 21235
    Telephone:  (510) 970-4819
    Facsimile:  (415) 744-0134
    E-Mail: Geralyn.Gulseth@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| JOSEPH NOTARO, | Case No. 1:22-cv-00745-SKO |
| Plaintiff, | STIPULATION & ORDER TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |
| vs. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | (Doc. 16) |
| Defendant. | |

     IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, with the approval of the Court, that this action be remanded for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g).

     On remand, the Commissioner will further develop the record as necessary, and issue a new decision.

     The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Stip; Remand Order
1: 22-cv-00745-SKO

Respectfully submitted,

LOTT LAW OFFICES, P.C.

Dated: February 17, 2023

By: */s/ *Shellie Lott*
    SHELLIE LOTT
    Attorney for Plaintiff
    [*As authorized by e-mail on February 17, 2023]

Dated: February 21, 2023    PHILLIP A. TALBERT
    United States Attorney
    MATHEW W. PILE
    Associate General Counsel
    Office of Program Litigation, Office 7

By: */s/ Geralyn Gulseth*
    GERALYN GULSETH
    Special Assistant United States Attorney

    Attorneys for Defendant

## ORDER

Based upon the parties' foregoing Stipulation to Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment, and for cause shown,

**IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**IT IS FURTHER ORDERED** that the Clerk of Court shall enter judgment for Plaintiff and close the case.

IT IS SO ORDERED.

Dated: **February 21, 2023**    */s/ Sheila K. Oberto*
    UNITED STATES MAGISTRATE JUDGE